1   Arthur A. Zorio, Esq.
    Nevada Bar No.: 6547
2   WATSON ROUNDS
3   5371 Kietzke Lane
    Reno, NV 89511
4   Telephone No.: (775) 324-4100
    Facsimile No.: (775) 333-8171
5   Email: azorio@watsonrounds.com
6   Attorneys for AMCO Insurance Company,
    an Iowa corporation

7

8                     IN THE UNITED STATES DISTRICT COURT
9
                              DISTRICT OF NEVADA
10

11

12   AMCO INSURANCE COMPANY, an Iowa        Case No.: 3:12-cv-00135-RCJ-WGC
     corporation,
13
14              Plaintiff,

15   v.

16   MICHAEL KRESSLER, and ELSA KRESSLER,
     individually, RICHARD FELLING and WENDY
17   FELLING, as individuals and in their capacity as
     parents of G.F.; G.F., a minor, individually;
18   JOSEPH PEARCE, as parent and guardian *ad litem*
19   for A.P; A.P., a minor, individually; and CHARLES
     HILL, an individual
20
                Defendants.
21

22

23   **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

24          IT IS HEREBY STIPULATED by and between the parties to the above-entitled action,

25   through their undersigned counsel of record, that the above-entitled action may be dismissed

26   with prejudice in its entirety, including the *Complaint, First Amended Complaint*, and filed

27   *Counterclaims*, said dismissal to constitute a retraxit, the parties to bear their own costs and

28

                                            -1-

1   attorneys' fees.

2        IT IS SO STIPULATED.                    IT IS SO STIPULATED.

3   Dated: _____              Dated: ___1/16/13___

4   By: _____                 By: _____
5       Arthur A. Zorio (SBN: 6537)          Mark Wenzel (SBN: 5820)
        WATSON ROUNDS                         BRADLEY, DRENDEL & JEANNEY
6       5371 Kietzke Lane                     6900 South McCarran Blvd., Suite 2000
        Reno, NV 89511                        Reno, Nevada 89509
7       775/324-4100; 775/333-8171 (fax)     775/335-9999; 775/335-9993 (fax)
        Attorneys for Plaintiff               Attorneys for Defendants
8       AMCO Insurance Company                Joseph Pearce and A.P.

9

10       IT IS SO STIPULATED.

11  Dated: _____

12

13  By: _____
14      Stephen S. Kent (SBN: 1251)
        KENT LAW
15      201 West Liberty Street, Ste. 320
        Reno, NV 89501
16      775/324-9800
        775/324-9803 (fax)
17      Attorneys for Michael Kressler
        and Elsa Kressler
18

19       IT IS SO STIPULATED.                    IT IS SO STIPULATED.

20

21  Dated: _____              Dated: _____

22  By: _____                 By: _____
23      Defendant Richard Felling            Defendant Wendy Felling
        2120 Whirlaway Place                  2120 Whirlaway Place
24      Reno, NV 89502                        Reno, NV 89502
        IN PRO PER                            IN PRO PER
25

26

27

28

1    attorneys' fees.

2        IT IS SO STIPULATED.               IT IS SO STIPULATED.

3    Dated: _____    Dated: _____

4    By: _____        By: _____

5      Arthur A. Zorio (SBN: 6537)       Mark Wenzel (SBN: 5820)
     WATSON ROUNDS            BRADLEY, DRENDEL & JEANNEY

6      5371 Kietzke Lane             6900 South McCarran Blvd., Suite 2000
     Reno, NV 89511              Reno, Nevada 89509

7      775/324-4100; 775/333-8171 (fax)    775/335-9999; 775/335-9993 (fax)
     Attorneys for Plaintiff           Attorneys for Defendants

8      AMCO Insurance Company       Joseph Pearce and A.P.

9

10        IT IS SO STIPULATED.

11    Dated: _January 17, 2013_

12

13    By: _____

14      Stephen S. Kent (SBN: 1251)
     KENT LAW

15      201 West Liberty Street, Ste. 320
     Reno, NV 89501

16      775/324-9800
     775/324-9803 (fax)

17      Attorneys for Michael Kressler
     and Elsa Kressler

18

19    IT IS SO STIPULATED.           IT IS SO STIPULATED.

20

21    Dated: _February 7, 2013_      Dated: _February 7, 2013_

22    By: _____    By: _____

23      Defendant Richard Felling      Defendant Wendy Felling
     2120 Whirlaway Place        2120 Whirlaway Place

24      Reno, NV 89502           Reno, NV 89502
     IN PRO PER             IN PRO PER

25

## IT IS SO ORDERED

26

27      Dated:    February 20, 2013.

28

_____
UNITED STATES DISTRICT JUDGE