Arthur A. Zorio, Esq.
Nevada Bar No.: 6547
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
Telephone No.: (775) 324-4100
Facsimile No.: (775) 333-8171
Email: azorio@watsonrounds.com
Attorneys for AMCO Insurance Company,
an Iowa corporation

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KRESSLER, and ELSA KRESSLER, individually, RICHARD FELLING and WENDY FELLING, as individuals and in their capacity as parents of G.F.; G.F., a minor, individually; JOSEPH PEARCE, as parent and guardian *ad litem* for A.P; A.P., a minor, individually; and CHARLES HILL, an individual<br><br>Defendants. | Case No.: 3:12-cv-00135-RCJ-WGC |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their undersigned counsel of record, that the above-entitled action may be dismissed with prejudice in its entirety, including the *Complaint, First Amended Complaint*, and filed *Counterclaims*, said dismissal to constitute a retraxit, the parties to bear their own costs and

-1-

attorneys' fees.

IT IS SO STIPULATED.

Dated: _____

By: _____
Arthur A. Zorio (SBN: 6537)
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
775/324-4100; 775/333-8171 (fax)
Attorneys for Plaintiff
AMCO Insurance Company

IT IS SO STIPULATED.

Dated: 1/16/13

By: _____
Mark Wenzel (SBN: 5820)
BRADLEY, DRENDEL & JEANNEY
6900 South McCarran Blvd., Suite 2000
Reno, Nevada 89509
775/335-9999; 775/335-9993 (fax)
Attorneys for Defendants
Joseph Pearce and A.P.

IT IS SO STIPULATED.

Dated: _____

By: _____
Stephen S. Kent (SBN: 1251)
KENT LAW
201 West Liberty Street, Ste. 320
Reno, NV 89501
775/324-9800
775/324-9803 (fax)
Attorneys for Michael Kressler
and Elsa Kressler

IT IS SO STIPULATED.

Dated: _____

By: _____
Defendant Richard Felling
2120 Whirlaway Place
Reno, NV 89502
IN PRO PER

IT IS SO STIPULATED.

Dated: _____

By: _____
Defendant Wendy Felling
2120 Whirlaway Place
Reno, NV 89502
IN PRO PER

attorneys' fees.

IT IS SO STIPULATED.

Dated: _____

By: _____
Arthur A. Zorio (SBN: 6537)
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
775/324-4100; 775/333-8171 (fax)
Attorneys for Plaintiff
AMCO Insurance Company

IT IS SO STIPULATED.

Dated: _____

By: _____
Mark Wenzel (SBN: 5820)
BRADLEY, DRENDEL & JEANNEY
6900 South McCarran Blvd., Suite 2000
Reno, Nevada 89509
775/335-9999; 775/335-9993 (fax)
Attorneys for Defendants
Joseph Pearce and A.P.

IT IS SO STIPULATED.

Dated: January 17, 2013

By: _____
Stephen S. Kent (SBN: 1251)
KENT LAW
201 West Liberty Street, Ste. 320
Reno, NV 89501
775/324-9800
775/324-9803 (fax)
Attorneys for Michael Kressler
and Elsa Kressler

IT IS SO STIPULATED.

Dated: February 7, 2013

By: _____
Defendant Richard Felling
2120 Whirlaway Place
Reno, NV 89502
IN PRO PER

IT IS SO STIPULATED.

Dated: February 7, 2013

By: _____
Defendant Wendy Felling
2120 Whirlaway Place
Reno, NV 89502
IN PRO PER

**IT IS SO ORDERED**

Dated: February 20, 2013.

_____
UNITED STATES DISTRICT JUDGE